# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JIMMY O'DONGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1691-RLY-TAB |
| ) | |
| GMRI, INC. d/b/a RED LOBSTER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND CONSENT ORDER COMPELLING ARBITRATION

The parties stipulate that they have agreed to submit Plaintiff's claims to binding arbitration pursuant to GMRI, Inc. d/b/a Red Lobster's Dispute Resolution Procedure. Therefore, pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, and Plaintiff is hereby COMPELLED to submit his claims to binding arbitration under GMRI, Inc. d/b/a Red Lobster's Dispute Resolution Procedure.

SO ORDERED this the ___ day of _____ 2005.

_____
United States District Court Judge

APPROVED AS TO FORM:

| | |
|---|---|
| s./Mary J. Hoeller | s/Edward E. Hollis |
| Mary J. Hoeller           (#8639-49) | Edward E. Hollis           (#19402-49) |
| One Indiana Square, Suite 2525 | BAKER & DANIELS LLP |
| Indianapolis, Indiana 46204 | 300 North Meridian Street Suite 2700 |
| Telephone:   (317) 633-4002 | Indianapolis, Indiana 46204 |
| Fax:   (317) 633-1499 | Phone: (317) 237-0300 |
| | Fax: (317) 237-1000 |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |